LEMBERG LAW

**Sergei Lemberg, Esq.**
43 Danbury Road
Wilton, CT 06897
Tel: 203-653-2250
Office:203-653-2250 x5500
Fax:203-653-3424
Email:slemberg@lemberglaw.com

July 2, 2025

**<u>BY ECF</u>**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Greene v. Piping Rock Health Products, Inc.*, No. 2:24-cv-08383
Response to Defendant's pre-motion letter to dismiss Plaintiff's second amended class action complaint

Judge Azrack:

I represent the Plaintiff Elaine Greene ("Plaintiff") in the above-referenced action.

Defendant Piping Rock Health Products, Inc. ("Piping"), sold and marketed magnesium supplements (the "Supplements") that falsely claimed they provided 330 mg of "Magnesium (as magnesium citrate)" per serving when they did not. The Supplement's labeling is clear that the product contains 330 of magnesium "as magnesium citrate" per serving:






**Supplement Facts**
Serving Size: 1 Gummy for Children Ages 4 through 12
4 Gummies for Ages 13 and Above
Servings Per Container: 60; 15

| | Amount Per 1 Gummy | % Daily Value | Amount Per 4 Gummies | % Daily Value |
|---|---|---|---|---|
| Calories | 7 | | 28 | |
| Total Carbohydrate | 2 g | <1%** | 8 g | 3%** |
| Dietary Fiber | 0 g | 0%** | 1 g | 4%** |
| Total Sugars | <1 g | † | 3 g | † |
| Includes Added Sugars | <1 g | <2%** | 3 g | 6%** |
| Magnesium (as magnesium citrate) | 83 mg | 20% | 330 mg | 79% |

**Percent Daily Values are based on a 2,000-calorie diet.
†Daily Value not established.



(Second Amended Complaint ("SAC") ¶ 9).

However, it is physically impossible to fit 330mg of magnesium "as magnesium citrate" in one of Supplement servings. One serving of the gummies weighs 9,622 mg (9.622 grams), 8,000 mg (8 grams) of which are comprised of carbohydrates, leaving at most 1,622 mg grams to contain the disclosed magnesium. (SAC ¶ 15). Magnesium citrate comes in two forms; one with 11.33% concentration of elemental magnesium and one with 16.2% elemental magnesium. *Id.* ¶ 16. Assuming only the higher concentration citrate was utilized, the Supplements would contain only 262 mg of magnesium per serving (1,622 mg x 0.162 = 262.76), not 330 mg of magnesium as represented on the Supplements' label. *Id.* ¶ 17. If the lower concentration magnesium citrate is used (or a combination of the two) the amount is even less.

Math establishes that the Supplements do not contain 330mg of "Magnesium (as magnesium citrate)" as stated on the label. Either they contain less elemental magnesium than advertised *or* they are buffered with a form of high concentration magnesium like magnesium oxide, a denser and cheaper type of magnesium often used in laxatives. (SAC ¶ 21).

The Defendant's letter misconstrues Plaintiff's complaint. The complaint is not that the Supplements do not contain 330mg of magnesium. The complaint *is* that the Supplements do not contain 330mg of "Magnesium (**as magnesium citrate**)" (emphasized) and were therefore false. The Court will note that nowhere in the Defendant's letter does it dispute that the Supplements did not contain "330mg of Magnesium (as magnesium citrate)." Instead, Defendant's letter only contends the Supplements contain 330mg of magnesium. But magnesium comes in many forms, e.g. glycinates, oxides and citrates, used in different supplements. That the Supplements did not contain enough elemental magnesium is not Plaintiff's claim. The claim is that it did not contain the advertised amount of Magnesium as magnesium citrate.

Finally, there is no requirement that Plaintiff allege testing to state a misrepresentation or false label claim. *See, e.g.*, *Lozano v. Bowmar Nutrition LLC*, 2021 WL 4459660, at *6 (C.D. Cal. Aug. 19, 2021) (rejecting argument that claims were preempted because there were no allegations of testing conducted in compliance with FDA requirements); *Amavizca v. Nutra Mfg., LLC*, 2020 WL 8837145, at *6 (C.D. Cal. Oct. 20, 2020) (rejecting same argument). Here, the facts of the densities of the purported ingredients establish that the Supplements were falsely labeled.

Sincerely,
*/s/ Sergei Lemberg*
Sergei Lemberg