SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 8555
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 8422
RANDI.SINGER@SIDLEY.COM

October 17 , 2025

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re: *Andrea Greene v. Piping Rock Health Products, Inc.*, No. 2:24-cv-08383
Notice Regarding Joint Selection of a Mediator

Dear Judge Azrack:

Plaintiff Andrea Greene ("Plaintiff") and Defendant Piping Rock Health Products, Inc. ("Piping Rock") (collectively, the "Parties") write in response to the Court's October 7, 2025 order for the Parties to jointly submit an agreed-upon mediator. Pursuant to that order, the Parties met and conferred regarding several potential Eastern District of New York panel mediators. Thus, the Parties have selected Robyn Weinstein as the agreed-upon mediator for upcoming mediation in the above-referenced matter.

We thank the Court for its time and attention to this matter and will provide any further update the Court would like regarding the Parties' participation in mediation.

Respectfully submitted,

*/s/ Sergei Lemberg*

**LEMBERG LAW**

Sergei Lemberg, Esq.
43 Danbury Road
Wilton, CT 06897
Tel: (203) 653-2250
slemberg@lemberglaw.com

*Attorneys for Plaintiff Andrea Greene*

*/s/ Randi W. Singer*

**SIDLEY AUSTIN LLP**

Randi W. Singer
Amanda M. Blau
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
randi.singer@sidley.com
ablau@sidley.com

*Attorneys for Defendant Piping Rock Health Products, Inc.*