SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 8555
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 8422
RANDI.SINGER@SIDLEY.COM

January 12, 2026

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re: *Andrea Greene v. Piping Rock Health Products, Inc.*, No. 2:24-cv-08383
Pre-motion conference to dismiss second amended class action complaint

Dear Judge Azrack:

We represent Defendant Piping Rock Health Products, Inc. ("Piping Rock")[1] in the above-referenced matter. As explained in the parties Joint Mediation Status Report, Dkt. No. 19, the parties were unable to resolve this case during the December 4, 2025 mediation.

Therefore, pursuant to the Court's Individual Practice Rule VI(B) and for all the reasons set forth in Defendant's pre-motion letters, *see* Dkt. Nos. 10 and 16, we hereby renew the request for a pre-motion conference to authorize a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure.

In the alternative, given that the grounds for dismissal are fully set forth in Defendant's pre-motion submissions, *see* Dkt. Nos. 10, 16, and that the parties have had an opportunity to exchange their respective viewpoints during the December 4, 2025 mediation, Defendant respectfully requests that the Court waive the pre-motion conference requirement and permit Defendant to file their motion to dismiss.

---

[1] Plaintiff characterizes the defendant in this action as "Natural Vitality" and mistakenly asserts that they are a "doing business as" entity of Piping Rock. SAC ¶ 1. Natural Vitality is a trademark owned by a subsidiary of Piping Rock; there is no "d/b/a" entity that exists.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

We thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Randi W. Singer*

**SIDLEY AUSTIN LLP**

Randi W. Singer
Amanda M. Blau
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
randi.singer@sidley.com
ablau@sidley.com