SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 8555
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 8422
RANDI.SINGER@SIDLEY.COM

January 14, 2026

The Honorable Judge Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Andrea Greene v. Piping Rock Health Products, Inc.*, No. 2:24-cv-08383
Letter Requesting Adjournment of January 20, 2026 Initial Conference

Dear Judge Dunst:

We represent Defendant Piping Rock Health Products, Inc. ("Piping Rock")[1] in the above-referenced matter.

The parties are currently scheduled to appear for an initial conference on January 20, 2026 at 2:30 P.M. ("Initial Conference"). Piping Rock respectfully requests that the Court postpone the Initial Conference pending resolution of Piping Rock's request for a pre-motion conference and/or leave to file its anticipated motion to dismiss. *See* ECF No. 20. This is Piping Rock's first request for adjournment of the Initial Conference. Plaintiff opposes this request.

On January 28, 2025, Plaintiff filed her first amended complaint. ECF No. 6. On March 4, Piping Rock filed a pre-motion letter with the grounds for its intended motion to dismiss. ECF No. 10. On March 10, Plaintiff filed a response, including a request for leave to file a second amended complaint. ECF No. 13. On March 14, Piping Rock filed a letter explaining that, pursuant to Local Rule 15.1, the proper procedure to amend requires filing a motion for leave to amend along with the proposed amendments. ECF No. 14. On May 13, Judge Azrack granted Plaintiff's request for leave to amend her complaint, rendering Piping Rock's request for a pre-motion conference moot. On June 5, Plaintiff filed her Second Amended Complaint ("SAC"), *see* ECF No. 15, to which Piping Rock filed another pre-motion letter expressing its intent to file a motion to dismiss the SAC on June 26, *see* ECF No. 16. Plaintiff filed a reply on July 2. ECF No. 17. On October 7, Judge Azrack denied Piping Rock's motion for a pre-motion to dismiss conference and referred this case to mediation. The parties attended a mediation on December 4, 2025, but no settlement was reached. *See* ECF No. 19.

On January 12, 2026, Piping Rock renewed its request for a pre-motion conference to seek authorization to file a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure, or,

[1] Plaintiff characterizes the defendant in this action as "Natural Vitality" and mistakenly asserts that they are a "doing business as" entity of Piping Rock. SAC ¶ 1. Natural Vitality is a trademark owned by a subsidiary of Piping Rock; there is no "d/b/a" entity that exists.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

in the alternative, asked Judge Azrack waive the pre-motion conference requirement and permit Piping Rock to file its motion to dismiss. ECF No. 20. Piping Rock respectfully submits that its Motion to Dismiss could significantly limit the scope of this case and that proceeding with the Initial Conference while that request is pending would result in unnecessary expenditure of party and Court resources, particularly with respect to issues that could be materially affected by Judge Azrack's ruling on the contemplated motion. The requested adjournment would not affect any other scheduled appearance or deadline.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Randi W. Singer*

**SIDLEY AUSTIN LLP**

Randi W. Singer
Amanda M. Blau
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
randi.singer@sidley.com
ablau@sidley.com

*Counsel for Defendant Piping Rock*