LEMBERG LAW

**Sergei Lemberg**

43 Danbury Road
Wilton, CT 06897
Tel: 203-653-2250

Office:203-653-2250 x5500
Fax:203-653-3424
Email:slemberg@lemberglaw.com

January 28, 2026

**BY ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Greene v. Piping Rock Health Products, Inc.,* No. 2:24-cv-08383

Dear Judge Azrack:

I represent Plaintiff in the above-captioned action and write in response to Defendant's January 12, 2026, letter requesting either a pre-motion conference or leave to file its motion to dismiss.

Plaintiff will oppose Defendant's forthcoming motion to dismiss and submits that she has alleged sufficient facts to state claims for relief. Defendant sold and marketed magnesium supplements (the "Supplements") that falsely claimed they provided 330 mg of "Magnesium (as magnesium citrate)" per serving when they did not. As set forth in Plaintiff's July 2, 2025, letter, Plaintiff has plausibly alleged the Supplements are mislabeled because it is physically impossible for the claims on the label regarding the product's magnesium citrate content to be true, and there is no requirement that plaintiff allege testing to support her false labeling claim. *See* Dkt. No. 17; *Cohen v. Nutricost*, 747 F. Supp. 3d 467, 471 (E.D.N.Y. 2024) (denying in part motion to dismiss claims based on alleged false labeling of magnesium supplement).

However, Plaintiff consents to Defendant's request to file its anticipated motion without the need for a pre-motion conference.

Sincerely,

*/s/ Sergei Lemberg*

Sergei Lemberg
Joshua Markovits
*Attorneys for Plaintiff*