UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Andrea Greene<br><br>Plaintiff,<br><br>v.<br><br>Piping Rock Health Products, Inc.<br><br>Defendant. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | No. 2:24-cv-08383<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4 and upon the Declaration of Randi W. Singer submitted concurrently with this Motion and incorporated fully herein by reference, Randi W. Singer hereby moves this Court for an Order permitting Randi W. Singer's withdrawal as attorney of record for Defendant Piping Rock Health Products, Inc. in this action, and providing that no further docketing notifications be sent to Randi W. Singer via the ECF system.

Dated: February 10, 2026
New York, New York

Respectfully submitted,

/s/ *Randi W. Singer*

Randi W. Singer
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: Randi.Singer@sidley.com



v.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, I caused the foregoing Motion for Withdrawal, Declaration of Randi W. Singer, and the [Proposed] Order Granting Motion for Withdrawal to be served on Defendant and Plaintiff, through their respective counsel, by electronic mail.

/s/ *Randi W. Singer*

Randi W. Singer
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: Randi.Singer@sidley.com