# EXHIBIT A

to the Declaration of Reena Kiriyanthan

**Client**

Irene Fisher

Piping Rock Health Products

3900 Veterans Memorial Hwy, Suite 200, Bohemia, NY 11716

Phone: 15164913166

Email: hls9030@yahoo.com

| | | | |
|---|---|---|---|
| **Approval Date** | February 3, 2026 | **Delivery Conditions** | N/A |
| **Date of Receipt** | February 3, 2026 | **Testing Date Range** | 02-05-2026 to 02-11-2026 |
| **Test Request Form #** | 202602014 | | |

| Eurofins ID | Sample Name | Lot/Batch Number | Supplier/Manufacturer | Country of Origin |
|---|---|---|---|---|
| 202602014-1 | Calm Rasp Lemon Gummies | Lot: 000163185 Expiration: 06/2028 | N/A | N/A |
| 202602014-2 | Calm Rasp Lemon Gummies | Lot: 000163196 Expiration: 07/28 | N/A | N/A |
| 202602014-3 | Calm Rasp Lemon Gummies | Lot: 000163200 Expiration: 07/28 | N/A | N/A |

The following test item(s) was/were performed on submitted sample(s) and/or component(s) confirmed by applicant

| TEST REQUESTED | RESULT |
|---|---|
| Magnesium QD115 | See Attachment |

Analysis completed by Eurofins Subcontract Laboratory

**Signed for and on behalf of**
**Eurofins MTS Consumer Product Testing US, Inc.**

**Alexis Klock / Project Coordinator**

**02-11-2026**

This report relates to the above mentioned test item(s) and the extent to tests performed. This test report is not permitted to be reproduced except in full, without written permission of the test facility. This test report does not entitle any safety marks on this or similar products. The sample and the information regarding sample have been provided by the client. All information related to the sample are under liability of the client and have not been checked by Eurofins MTS Consumer Product Testing US, Inc.

# ATTACHMENT

eurofins | Nutrition Analysis Center

Eurofins Nutrition Analysis Center

2200 Rittenhouse Street Suite 150
Des Moines, Iowa 50321
+1 515 265 1461
ENACservice@US4.Eurofins-Info.com

EUUSBO3 - Eurofins Product Testing

Support Report Attn: 60090
11822 North Creek Pkwy Suite 110
Bothell, WA 98011

# ANALYTICAL REPORT

AR-26-QD-046005-01

**Client Code:** QD0006705
**PO#:** 200013927

**Received On:** 05Feb2026
**Reported On:** 11Feb2026
**Order Code:** 006-10547-2342817

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 464-2026-02050610 | **Sample Registration Date:** | 05Feb2026 |
| **Client Sample Code:** | 202602014-1 | **Condition Upon Receipt:** | acceptable, non-perishable |
| **Sample Description:** | Calm Rasp Lemon GummiesNB#28650Lot: 000163185 Expiration: 06/2028 Serving size- 4 gummies | **Sample Reference:** | |

| **QD115 - Magnesium by ICP** | **Reference** | **Accreditation** | **Completed** |
|---|---|---|---|
| | AOAC 984.27 mod,927.02 mod,985.01 mod,965.17 mod | ISO/IEC 17025:2017 A2LA 2927.01 | 11Feb2026 |

| **Parameter** | **Result** | **Per Serving** | **Theoretical** |
|---|---|---|---|
| Magnesium | 3,550 mg/100 g | 345 mg/Serving | mg/Serving |

| **QD271 - Serving Size by Unit Weight** | **Reference** | **Completed** |
|---|---|---|
| | calculation | 05Feb2026 |

| **Parameter** | **Result** | **Per Serving** | **Theoretical** |
|---|---|---|---|
| Serving Size | 9.72 g | 9.72 g | 4 Gummy/Serving |
| Units per serving | 4 | 4 | 4 |
| Unit weight | 2.4292 g | 2.4292 g | |

Respectfully Submitted,

Loreen Jones
Senior Analytical Reporting Specialist

A2LA ACCREDITED



2/11/26 12:31 pm

EUUSBO3 - Eurofins Product Testing

Support Report Attn: 60090
11822 North Creek Pkwy Suite 110
Bothell, WA 98011

# ANALYTICAL REPORT

AR-26-QD-046005-01

**Client Code:** QD0006705
**PO#:** 200013927

**Received On:** 05Feb2026
**Reported On:** 11Feb2026
**Order Code:** 006-10547-2342817

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale : www.eurofinsus.com/terms_and_conditions.pdf | A number or a √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement uncertainty can be obtained upon request.

eurofins | Nutrition Analysis Center

Eurofins Nutrition Analysis Center

2200 Rittenhouse Street Suite 150
Des Moines, Iowa 50321
+1 515 265 1461
ENACservice@US4.Eurofins-Info.com

EUUSBO3 - Eurofins Product Testing

Support Report Attn: 60090
11822 North Creek Pkwy Suite 110
Bothell, WA 98011

# ANALYTICAL REPORT

AR-26-QD-046006-01

**Client Code:** QD0006705
**PO#:** 200013927

**Received On:** 05Feb2026
**Reported On:** 11Feb2026
**Order Code:** 006-10547-2342817

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 464-2026-02050611 | **Sample Registration Date:** | 05Feb2026 |
| **Client Sample Code:** | 202602014-2 | **Condition Upon Receipt:** | acceptable, non-perishable |
| **Sample Description:** | Calm Rasp Lemon GummiesNB#28650Lot: 000163196 Expiration: 07/28 Serving size- 4 gummies | **Sample Reference:** | |

| **QD115 - Magnesium by ICP** | **Reference** | **Accreditation** | **Completed** |
|---|---|---|---|
| | AOAC 984.27 mod,927.02 mod,985.01 mod,965.17 mod | ISO/IEC 17025:2017 A2LA 2927.01 | 11Feb2026 |

| **Parameter** | **Result** | **Per Serving** | **Theoretical** |
|---|---|---|---|
| Magnesium | 3,340 mg/100 g | 350 mg/Serving | mg/Serving |

| **QD271 - Serving Size by Unit Weight** | **Reference** | **Completed** |
|---|---|---|
| | calculation | 05Feb2026 |

| **Parameter** | **Result** | **Per Serving** | **Theoretical** |
|---|---|---|---|
| Serving Size | 10.49 g | 10.49 g | 4 Gummy/Serving |
| Units per serving | 4 | 4 | 4 |
| Unit weight | 2.6213 g | 2.6213 g | g |

Respectfully Submitted,

Loreen Jones
Senior Analytical Reporting Specialist

A2LA ACCREDITED



2/11/26 12:31 pm

EUUSBO3 - Eurofins Product Testing

Support Report Attn: 60090
11822 North Creek Pkwy Suite 110
Bothell, WA 98011

# ANALYTICAL REPORT

AR-26-QD-046006-01

**Client Code:** QD0006705
**PO#:** 200013927

**Received On:** 05Feb2026
**Reported On:** 11Feb2026
**Order Code:** 006-10547-2342817

---

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | A number or a √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement uncertainty can be obtained upon request.

eurofins

Nutrition Analysis Center

Eurofins Nutrition Analysis Center

2200 Rittenhouse Street Suite 150
Des Moines, Iowa 50321
+1 515 265 1461
ENACservice@US4.Eurofins-Info.com

EUUSBO3 - Eurofins Product Testing

Support Report Attn: 60090
11822 North Creek Pkwy Suite 110
Bothell, WA 98011

# ANALYTICAL REPORT

AR-26-QD-046007-01

**Client Code:** QD0006705
**PO#:** 200013927

**Received On:** 05Feb2026
**Reported On:** 11Feb2026
**Order Code:** 006-10547-2342817

| | | | |
|---|---|---|---|
| **Eurofins Sample Code:** | 464-2026-02050612 | **Sample Registration Date:** | 05Feb2026 |
| **Client Sample Code:** | 202602014-3 | **Condition Upon Receipt:** | acceptable, non-perishable |
| **Sample Description:** | Calm Rasp Lemon GummiesNB#28650Lot: 000163200 Expiration: 07/28 Serving size- 4 gummies | **Sample Reference:** | |

| QD115 - Magnesium by ICP | Reference | Accreditation | Completed |
|---|---|---|---|
| | AOAC 984.27 mod,927.02 mod,985.01 mod,965.17 mod | ISO/IEC 17025:2017 A2LA 2927.01 | 11Feb2026 |

| Parameter | Result | Per Serving | Theoretical |
|---|---|---|---|
| Magnesium | 3,330 mg/100 g | 351 mg/Serving | mg/Serving |

| QD271 - Serving Size by Unit Weight | Reference | Completed |
|---|---|---|
| | calculation | 05Feb2026 |

| Parameter | Result | Per Serving | Theoretical |
|---|---|---|---|
| Serving Size | 10.53 g | 10.53 g | 4 Gummy/Serving |
| Units per serving | 4 | 4 | 4 |
| Unit weight | 2.6315 g | 2.6315 g | |

Respectfully Submitted,

Loreen Jones

Loreen Jones
Senior Analytical Reporting Specialist

A2LA ACCREDITED



2/11/26 12:31 pm

EUUSBO3 - Eurofins Product Testing

Support Report Attn: 60090
11822 North Creek Pkwy Suite 110
Bothell, WA 98011

# ANALYTICAL REPORT

AR-26-QD-046007-01

**Client Code:** QD0006705
**PO#:** 200013927

**Received On:** 05Feb2026
**Reported On:** 11Feb2026
**Order Code:** 006-10547-2342817

Results shown in this report relate solely to the item submitted for analysis. | Any opinions/interpretations expressed on this report are given independent of the laboratory's scope of accreditation. | All results are reported on an "As Received" basis unless otherwise stated. | Reports shall not be reproduced except in full without written permission of Eurofins Scientific, Inc. | All work done in accordance with Eurofins General Terms and Conditions of Sale: www.eurofinsus.com/terms_and_conditions.pdf | A number or a √ Indicates a subcontract test to a different lab. Lab(s) are listed at end of the report. For further details about the performing labs please contact your customer service contact at Eurofins. Measurement uncertainty can be obtained upon request.