LEMBERG LAW

**Sergei Lemberg**

43 Danbury Road
Wilton, CT 06897
Tel: 203-653-2250

Office:203-653-2250 x5500
Fax:203-653-3424
Email:slemberg@lemberglaw.com

April 16, 2026

**BY ECF**

The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Greene v. Piping Rock Health Products, Inc.,* No. 2:24-cv-08383

Dear Judges Azrack and Dunst:

I represent Plaintiff in the above-captioned action and write in response to Defendant's April 15, 2026, letter (Dkt. No. 36).

On March 19, 2026, Defendant served an unsigned and undated "draft" motion for sanctions on Plaintiff. On April 15, 2026, Defendant served a signed version of the motion for sanctions on Plaintiff by email. Pursuant to Local Rule 6.1(b) Plaintiff has until April 29, 2026, fourteen days after service of the motion, to serve her response.

Under the Court's "bundling rule" and Judge Azrack's Individual Rules, "**no motion papers shall be filed on ECF until the motion is fully briefed**." However, Defendant filed its motion for sanctions on the public docket on April 15, 2026 before the motion was fully briefed. *See* Dkt. No. 36-1. Because the motion for sanctions is not fully briefed and was filed in violation of the Court's rules, the Court should strike the motion from the docket.

Sincerely,

*/s/ Sergei Lemberg*

Sergei Lemberg
*Attorney for Plaintiff*