**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ANDREA GREENE, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PIPING ROCK HEALTH PRODUCTS, INC.,

Defendant.

Civil Action No: 2:24-CV-08383-JMA-LGD

**NOTICE OF MOTION FOR SANCTIONS**

**PLEASE TAKE NOTICE** that upon the annexed Memorandum, the Declarations of Reena Kiriyanthan and Jeffrey S. Jacobson, and the exhibits thereto, Defendant Piping Rock Health Products, Inc., by and through its undersigned counsel, will move this Court, Hon. Joan M. Azrack, U.S.D.J., in Courtroom 920, as soon as counsel may be heard, for an order, pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1927, and the Court's inherent authority, imposing sanctions against Plaintiff Andrea Greene and/or her attorney, Sergei Lemberg of Lemberg Law, LLC.

Dated: New York, New York
April 15, 2026

By: ______________________

Jeffrey S. Jacobson
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 43rd Floor
New York, New York 10036
(212) 248-3140
Jeffrey.Jacobson@faegredrinker.com
*Attorneys for Defendant*
*Piping Rock Health Products, Inc.*

**TO:** Sergei Lemberg
**LEMBERG LAW, LLC**
43 Danbury Road
Wilton, CT 06897
*Attorneys for Plaintiff*