# ATTACHMENT

Better Health

# FORMULA SPECIFICATION

Revision 7

## GENERAL

FG Product Code(s): CC4084, NV4084, NV4098, NV4165, NV4341, NV4371, NV4397, NV4430, NV4468
Brand: Natural Vitality
Description: Magnesium Gummy
BM Description: NV Ras Lem Gummy V3
Formula Spec No.: BLK-GM-GM0042_V3
Serving size: 4 — 1 Gummy for Children Ages 4 through 12; 4 Gummies for ages 13 and above
Units / Serving: 1 Gummy for Children Ages 4 through 12
3 Gummies for Prenatal
4** Gummies for ages 13 and above
Servings per Day: 1
WIP/Semi-finished Good: GM0042
Shelf Life (months): 30 From Manufacturing
Storage Conditions: Store in a dry environment of not more than 77 degrees F (25 degrees C) - 65%RH
Country of Origin: Made in USA with Global Ingredients

## Formula

| Supplier number | RM# number | Ingredients | Active/ gummy | Input Qty per unit (mg) (Used for Blends) | Individual Input Qty per unit (mg) | % of Formula |
|---|---|---|---|---|---|---|
| N/A | 6629 | Magnesium Citrate Tribasic Hydrate | 82.5 | N/A | 751.3 | 28.9% |
| | [redacted] | | N/A | | [redacted] | |
| | | | | Gross / Total wt.: (mg) | 2600.0 | 100.0% |

R&D Approval: [signature]
QA Approval: [signature]

**Calm Magnesium Gummy**

| FORMULA | | | AMOUNT PER GUMMY | | | | | |
|---|---|---|---|---|---|---|---|---|
| RAWP | DESCRIPTION | AMOUNT (IN MILLIGRAMS) | CALORIES | CARBS | DIETARY FIBER | TOTAL SUGARS | ADDED SUGARS | PROTEIN |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| RAWP-6629 | Tri Magnesium Citrate | 751.3 | 1.179541 | 0 | 0 | 0 | 0 | 0 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | 2600 | | | | | | |
| | | Unrounded Amounts | 6.76116938 | 1.54343824 | 0.28826892 | 0.8471416 | 0.6108936 | 0.00068766 |
| | | | Rounded to nearest 5 Calories (per 21 CFR 101.9(c)(1)) | Rounded to nearest 1 g (per 21 CFR 101.9(c)(6)) | Rounded to <0.5 g (per 21 CFR 101.9(c)(6)(i)) | Rounded to <1 g (per 21 CFR 101.9(c)(6)(ii)) | Rounded to <1 g (per 21 CFR 101.9(c)(6)(iii)) | Rounded to 0 g and does not need to be declared (per 21 CFR 101.9(c)(7)) |
| | | | 5 | 2 | <0.5 g | <1 | <1 | 0 |

## Supplement Facts

Serving Size: 1 Gummy for Children Ages 4 through 12
4 Gummies for Ages 13 and Above
Servings Per Container: 240; 60

| | Amount Per 1 Gummy | % DV | Amount Per 4 Gummies | % DV |
|---|---|---|---|---|
| Calories | 5 | | 30 | |
| Total Carbohydrate | 2 g | <1%** | 8 g | 3%** |
| Dietary Fiber | <0.5 g | 1%** | 1 g | 4%** |
| Total Sugars | <1 g | * | 3 g | * |
| Includes Added Sugars | <1 g | <2%** | 3 g | 6%** |
| Magnesium (as magnesium citrate) | 83 mg | 20% | 330 mg | 79% |

** Percent Daily Values (DV) are based on a 2,000 calorie diet.
* Daily Value (DV) not established.

Better Health

# FORMULA SPECIFICATION

**GENERAL**

| | |
|---|---|
| FG Product Code(s): | NV4084, NV4165, NV4397, NV4371, NV4341, NV4430, NV4458 |
| Brand: | Natural Vitality |
| Description: | Magnesium Gummy |
| SAP Description: | Magnesium Gummy |
| Formula Spec No.: | FML-GM0042 |
| Serving size: | 4 — 1 Gummy for Children Ages 4 through 12; 4 Gummies for ages 13 and above |
| Servings per Day: | 1 |
| WIP/Semi-finished Good: | GM0042 |
| Shelf Life (months): | 24 From Manufacturing |
| Storage Conditions: | Store in a dry environment of not more than 77 degrees F (25 degrees C) - 65%RH |
| Country of Origin: | Made in USA with Global Ingredients |

**FORMULA No: GM0042-02**

| Supplier number | SAP number | Ingredients | Active/ gummy | Input Qty per unit (mg) (Used for Blends) | Individual Input Qty per unit (mg) | % of Formula |
|---|---|---|---|---|---|---|
| N/A | 6629 | Magnesium Citrate Tribasic Hydrate | 82.5 | N/A | 751.3 | 28.9% |
| | [redacted] | [redacted] | N/A | | [redacted] | [redacted] |
| | | | | Gross / Total wt.: (mg) | 2600.0 | 100.0% |

Better Health

# FORMULA SPECIFICATION

Revision History

| Date | Rev # | Revised by | Revision description |
|---|---|---|---|
| 10/31/2019 | 00 | [redacted] | New |
| 4/13/2020 | 01 | [redacted] | Change of Shelf life (Expiration date) to 24 months |
| 3/27/2022 | 02 | [redacted] | Updated Weight rate - (10% +/-) - Used Adult dosage (4 gummies) - Updated Magnesium (as magnesium citrate) Spec value - LL based on Label Claim and UL based on max UL for Magnesium. [redacted] |
| 8/26/2022 | 03 | [redacted] | [redacted] |
| 10/11/2022 | 03 | [redacted] | Admin change to correct the method of Magnesium from AOAC 2015.01 to ICP-OES or equivalent. AOAC was the wrong method. |
| 5/18/2023 | 03 | [redacted] | [redacted] |
| 3/25/2024 | 04 | [redacted] | Updated spec per CC SRS-CRF-2024-9451 to replace 6152 with 6629 [redacted]. Formula reworked to include correct deposit wt. of 2.6 grams and corresponding overages for applicable ingredients. Removed [redacted] reference of 3 gummies in serving size and Mag testing. |
| 6/6/2024 | 04 | [redacted] | [redacted] |
| 10/1/2024 | 05 | [redacted] | [redacted] |

GM0042 NV MAGNESIUM AGAR GUMMY    Gummy weight 2.5    **Update : 09/25/2019**

| ITEM | DESCRIPTION | Label Claim | Overage % | Potency % | Grams per Gummy | Total/Batch (kg) | Scrap (kg) | Total + Scrap (kg) | Kg x 1 Ths 1000 | Scrap (%) | N° of Preparations | Kg x Preparation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | | | | | | | | |
| 6152 | MAGNESIUM CITRATE | 82.50 mg | 2.00% | 11.20% | 0.751339 | 1502.68 | 79.2632 | 1581.942 | 0.75134 | 5.27% | **80** | 19.77 |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | | | 3.3018 | | | | | | | |

| | |
|---|---|
| Batch Size (units) | **2,000,000** |

**CONFIDENTIAL** **PIPROC_0005**

# Nature's Product Inc

## Master Manufacturing Batch Record

whith bulk materials

| Bulk No. | Item | | | | Description | Order # | Batch # |
|---|---|---|---|---|---|---|---|
| GM0042 | NV - MAGNESIUM GUMMY | | | | GUMMY | 10072420 | 1155357 |
| Date Issued | RVNS | Approval PD | Approval MM | Approval QD | Approved | Weight Spec-g | Batch Size |
| 9/23/2022 | 8 | PD | MFG | QA | Sep-22 | 2.6 | 2,000 |
| Issued by ECM Date 11/30/2023 | MS Reviewed By [signature] Date 02/06/24 | | | | QA Approved By [initials] Date 02/06/24 | | |

**Target Weight BOM** 6,971 2.5 DROP **Coating**

Theoretical Batch Weight: Version: 1

| Item Number | Description | Item Status | Label Claim | Overage % | % (w/w) | Weight (KG) |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 6152 | MAGNESIUM CITRATE HYDRATE | N/A | 82.50 mg | 2.00 | 22.69% | 1,581.92 |
| [redacted] | | | | | | |
| | | | Totals: | | 100% | 6,970.76 |

Pharmacy Instructions:
1. Obtain all raw materials to be weighed and segregate them on separated staging pallets (allergen ingredients must be staged in a separate pallet from non-allergic ingredients)
2. Obtain a room and equipment release from Quality Assurance according to line clearance procedures
3. Non allergic ingredients shall be weighed first
4. Once the non allergic ingredients have been weighed and the staged pallet is out of the pharmacy area, the allergen containing ingredients can be entered into the pharmacy area and weighed
5. One person must weight or measure the raw material, and another person should verify the weight or measure

Reference: 21CFR Part 111.210 (g)
The current revision label proof for this product shall be found in the Approved Label Specification Binder (s) located in the Label Room.

# Nature's Product Inc

## Master Manufacturing Batch Record

which bulk materials

| Bulk No. | Item | | | | Description | Order # | Batch # |
|---|---|---|---|---|---|---|---|
| GM0042 | NV - MAGNESIUM GUMMY | | | | GUMMY | 10071258 | 1153120 |
| Date Issued | RVNS | Approval PD | Approval MM | Approval QD | Approved | Weight Spec-g | Batch Size |
| 8/7/2023 | 9 | PD | MFG | QA | Aug-23 | 2.6 | 2,000 |
| Issued by ECM | Date 08/29/2023 | MS Reviewed By [signature] | Date 11/13/23 | | QA Approved By [signature] | Date 11/15/23 | |

**Target Weight BOM** 6,971 2.5 DROP **Coating**

Theoretical Batch Weight: Version:2

| Item Number | Description | Item Status | Label Claim | Overage % | % (w/w) | Weight (KG) |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 6152 | MAGNESIUM CITRATE HYDRATE | N/A | 82.50 mg | 2.00 | 22.69% | 1,581.92 |
| [redacted] | | | | | | |
| | | | Totals: | | 100% | 6,970.76 |

Pharmacy Instructions:
1. Obtain all raw materials to be weighed and segregate them on separated staging pallets (allergen ingredients must be staged in a separate pallet from non-allergic ingredients)
2. Obtain a room and equipment release from Quality Assurance according to line clearance procedures
3. Non allergic ingredients shall be weighed first
4. Once the non allergic ingredients have been weighed and the staged pallet is out of the pharmacy area, the allergen containing ingredients can be entered into the pharmacy area and weighed
5. One person must weight or measure the raw material, and another person should verify the weight or measure

Reference: 21CFR Part 111.210 (g)
The current revision label proof for this product shall be found in the Approved Label Specification Binder (s) located in the Label Room.

# Nature's Product Inc

Master Manufacturing Batch Record

whith bulk materials

| Bulk No. | Item | | | | Description | Order # | Batch # |
|---|---|---|---|---|---|---|---|
| GM0042 | NV - MAGNESIUM GUMMY | | | | GUMMY | 10071259 | 1153121 |
| Date Issued | RVNS | Approval PD | Approval MM | Approval QD | Approved | Weight Spec-g | Batch Size |
| 8/7/2023 | 9 | PD | MFG | QA | Aug-23 | 2.6 | 2,000 |
| Issued by ECM Date 08/29/2023 | MS Reviewed By [signature] Date 11/16/23 | | | | QA Approved By [signature] Date 11/14/23 | | |

Target Weight BOM 6,971 2.5 DROP Coating

Theoretical Batch Weight: Version:2

| Item Number | Description | Item Status | Label Claim | Overage % | % (w/w) | Weight (KG) |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 6152 | MAGNESIUM CITRATE HYDRATE | N/A | 82.50 mg | 2.00 | 22.69% | 1,581.92 |
| [redacted] | | | | | | |
| | | | | Totals: | 100% | 6,970.76 |

Pharmacy Instructions:
1. Obtain all raw materials to be weighed and segregate them on separated staging pallets (allergen ingredients must be staged in a separate pallet from non-allergic ingredients)
2. Obtain a room and equipment release from Quality Assurance according to line clearance procedures
3. Non allergic ingredients shall be weighed first
4. Once the non allergic ingredients have been weighed and the staged pallet is out of the pharmacy area, the allergen containing ingredients can be entered into the pharmacy area and weighed
5. One person must weight or measure the raw material, and another person should verify the weight or measure

Reference: 21CFR Part 111.210 (g)
The current revision label proof for this product shall be found in the Approved Label Specification Binder (s) located in the Label Room.

# Nature's Product Inc

## Master Manufacturing Batch Record

whith bulk materials

| Bulk No. | Item | | | | Description | Order # | Batch # |
|---|---|---|---|---|---|---|---|
| GM0042 | NV - MAGNESIUM GUMMY | | | | GUMMY | 10071424 | 1153399 |
| Date Issued | RVNS | Approval PD | Approval MM | Approval QD | Approved | Weight Spec-g | Batch Size |
| 9/23/2022 | 8 | PD | MFG | QA | Sep-22 | 2.6 | 2,000 |
| Issued by ECM Date 10/10/2023 MS | Reviewed By [signature] Date 12/18/23 | | | | QA Approved By [signature] Date 12/20/23 | | |

**Target Weight BOM** 6,971 2.5 DROP **Coating**

Theoretical Batch Weight: Version:2

| Item Number | Description | Item Status | Label Claim | Overage % | % (w/w) | Weight (KG) |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 6152 | MAGNESIUM CITRATE HYDRATE | N/A | 82.50 mg | 2.00 | 22.69% | 1,581.92 |
| [redacted] | | | | | | |

Pharmacy Instructions:
1. Obtain all raw materials to be weighed and segregate them on separated staging pallets (allergen ingredients must be staged in a separate pallet from non-allergic ingredients)
2. Obtain a room and equipment release from Quality Assurance according to line clearance procedures
3. Non allergic ingredients shall be weighed first
4. Once the non allergic ingredients have been weighed and the staged pallet is out of the pharmacy area, the allergen containing ingredients can be entered into the pharmacy area and weighed
5. One person must weight or measure the raw material, and another person should verify the weight or measure

Totals: 100% 6,970.76

Reference: 21CFR Part 111.210 (g)
The current revision label proof for this product shall be found in the Approved Label Specification Binder (s) located in the Label Room.

# Nature's Product Inc

## Master Manufacturing Batch Record

which bulk materials

| Bulk No. | Item | Description | Order # | Batch # |
|---|---|---|---|---|
| GM0042 | NV - MAGNESIUM GUMMY | GUMMY | 10071525 | 1153550 |

| Date Issued | RVNS | Approval PD | Approval MM | Approval QD | Approved | Weight Spec-g | Batch Size |
|---|---|---|---|---|---|---|---|
| 9/23/2022 | 8 | PD | MFG | QA | Sep-22 | 2.6 | 2,000 |

Issued by ECM Date 10/10/2023 MS Reviewed By [signature] Date 12/2/22 QA Approved By [signature] Date 1/03/24

Target Weight BOM 6,971 2.5 DROP Coating

Theoretical Batch Weight: Version:2

| Item Number | Description | Item Status | Label Claim | Overage % | % (w/w) | Weight (KG) |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 6152 | MAGNESIUM CITRATE HYDRATE | N/A | 82.50 mg | 2.00 | 22.69% | 1,581.92 |
| [redacted] | | | | | | |
| | Totals: | | | | 100% | 6,970.76 |

Pharmacy Instructions:

1. Obtain all raw materials to be weighed and segregate them on separated staging pallets (allergen ingredients must be staged in a separate pallet from non-allergic ingredients)
2. Obtain a room and equipment release from Quality Assurance according to line clearance procedures
3. Non allergic ingredients shall be weighed first
4. Once the non allergic ingredients have been weighed and the staged pallet is out of the pharmacy area, the allergen containing ingredients can be entered into the pharmacy area and weighed
5. One person must weight or measure the raw material, and another person should verify the weight or measure

Reference: 21CFR Part 111.210 (g)
The current revision label proof for this product shall be found in the Approved Label Specification Binder (s) located in the Label Room.

# Nature's Product Inc

## Master Manufacturing Batch Record

whith bulk materials

| Bulk No. | Item | | | | Description | Order # | Batch # |
|---|---|---|---|---|---|---|---|
| GM0042 | NV - MAGNESIUM GUMMY | | | | GUMMY | 10076400 | 1162319 |
| Date Issued | RVNS | Approval PD | Approval MM | Approval QD | Approved | Weight Spec-g | Batch Size |
| 4/3/2024 | 10 | PD | MFG | QA | Apr-24 | 2.6 | 2,000 |

Issued by ECM Date 08/28/2024 MS Reviewed By ____ Date 10/12/24 QA Approved By ____ Date 10/12/24

**Target Weight BOM** 6,895 2.5 DROP **Coating**

Theoretical Batch Weight: Version: 2

| Item Number | Description | Item Status | Label Claim | Overage % | % (w/w) | Weight (KG) |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| * 6629 | TRI MAGNESIUM CITRATE NONAHYDRATE | N/A | 82.50 mg | 2.00 | 22.94% | 1,581.92 |
| [redacted] | | | | | | |
| | | | | Totals: | 100% | 6,894.62 |

Pharmacy Instructions:

1. Obtain all raw materials to be weighed and segregate them on separated staging pallets (allergen ingredients must be staged in a separate pallet from non-allergic ingredients)
2. Obtain a room and equipment release from Quality Assurance according to line clearance procedures
3. Non allergic ingredients shall be weighed first
4. Once the non allergic ingredients have been weighed and the staged pallet is out of the pharmacy area, the allergen containing ingredients can be entered into the pharmacy area and weighed
5. One person must weight or measure the raw material, and another person should verify the weight or measure

Reference: 21CFR Part 111.210 (g)
The current revision label proof for this product shall be found in the Approved Label Specification Binder (s) located in the Label Room.

* See NCR # 6324 for process improve it. ECM 08/28/2024
* see NCR # 6466 for improve weighting process. ECM 08/28/2024

GM0042 NV MAGNESIUM AGAR GUMMY | Gummy weight 2.5 | **Update : 12/13/2018**

| ITEM | DESCRIPTION | Label Claim | Overage % | Potency % | Grams per Gummy | Total/Batch (kg) | Scrap (kg) | Total + Scrap (kg) | Kg x 1 Ths 1000 | Scrap (%) | N° of Preparations | Kg x Preparation | Quote 1.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | 39.082 |
| | | | | | | | | | | | | | 200.000 |
| | | | | | | | | | | | | | 232.752 |
| | | | | | | | | | | | | | 649.128 |
| 6152 | MAGNESIUM CITRATE | 82.50 mg | 2.00% | 11.20% | 0.7513 | 751.34 | 31.7053 | 783.045 | 0.7513 | 4.22% | **48** | 16.313 | 783.045 |
| [redacted] | | | | | | | | | | | | | 235.096 |
| | | | | | | | | | | | | | 182.385 |
| | | | | | | | | | | | | | 52.110 |
| | | | | | | | | | | | | | 783.045 |
| | | | | | | | | | | | | | 11.000 |
| | | | | | | | | | | | | | 11.000 |
| | | | | | | | | | | | | | 9.500 |
| | | | | | | | | | | | | | 8.500 |
| | | | | | | | | | | | | | 8.500 |
| | | | | | | | | | | | | | 235.000 |
| | | | | | | | | | | | | | 38.636 |
| | | | | | 3.3018 | | | 3478.778 | | | | | 3478.778 |

| Batch Size (units) | **1,000,000** |
|---|---|

GM0042 NV MAGNESIUM AGAR GUMMY    Gummy weight 2.5    **Update : 09/25/2019**

| **ITEM** | **DESCRIPTION** | Label Claim | Overage % | Potency % | Grams per Gummy | Total/Batch (kg) | Scrap (kg) | Total + Scrap (kg) | Kg x 1 Ths 1000 | Scrap (%) | N° of Preparations | Kg x Preparation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 6152 | MAGNESIUM CITRATE | 82.50 mg | 2.00% | 11.20% | 0.751339 | 1502.68 | 79.2632 | 1581.942 | 0.7513 | 5.27% | **80** | 19.77 |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |

| Batch Size (units) | **2,000,000** |
|---|---|

GM0042 NV MAGNESIUM AGAR GUMMY        Gummy weight 2.5        **Update : 02/23/2021**

| ITEM | DESCRIPTION | Label Claim | Overage % | Potency % | Grams per Gummy | Total/Batch (kg) | Scrap (kg) | Total + Scrap (kg) | Kg x 1 Ths 1000 | Scrap (%) | N° of Preparations | Kg x Preparation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | |
| 6152 | MAGNESIUM CITRATE | 82.50 mg | 2.00% | 11.20% | 0.751339 | 1502.68 | 79.2632 | 1581.942 | 0.7513 | 5.27% | **80** | 19.77 |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Batch Size (units) | **2,000,000** |
|---|---|

GM0042 NV MAGNESIUM AGAR GUMMY

Gummy weight 2.5

| ITEM | DESCRIPTION | Label Claim | Overage % | Potency % | Grams per Gummy | Total/Batch (kg) | Scrap (kg) | Total + Scrap (kg) | N° of Preparations | Kg x Preparation | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | |
| 6152 | MAGNESIUM CITRATE | 82.50 mg | 2.00% | 11.20% | 0.751339 | 1502.68 | 79.2632 | 1581.942 | 80 | 19.77 | [redacted] |
| [redacted] | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |

| Batch Size (units) | 2,000,000 |
|---|---|

GM0042 NV MAGNESIUM AGAR GUMMY          Gummy weight          2.5

| ITEM | DESCRIPTION | Label Claim | Overage % | Potency % | Grams per Gummy | Total/Batch (kg) | Scrap (kg) | Total + Scrap (kg) | N° of Preparations | Kg x Preparation | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | |
| 6152 | MAGNESIUM CITRATE | 82.50 mg | 2.00% | 11.20% | 0.751339 | 1502.68 | 79.2632 | 1581.942 | **80** | 19.77 | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |

| Batch Size (units) | **2,000,000** |
|---|---|

GM0042 NV MAGNESIUM AGAR GUMMY          Gummy weight 2.5          **Update : 3/13/23**

| ITEM | DESCRIPTION | Label Claim | Overage % | Potency % | Grams per Gummy | Total/Batch (kg) | Scrap (kg) | Total + Scrap (kg) | Kg x 1 Ths 1000 | Scrap (%) | N° of Preparations | Kg x Preparation | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | |
| 6152 | MAGNESIUM CITRATE | 82.50 mg | 2.00% | 11.20% | 0.751373 | 1502.75 | 79.19 | 1581.942 | 0.7513 | 5.27% | **80** | 19.77 | [redacted] |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |

| Batch Size (units) | **2,000,000** |
|---|---|

GM0042 NV MAGNESIUM AGAR GUMMY    Gummy weight    2.5    **Update : 03/22/2024**

| ITEM | DESCRIPTION | Label Claim | Overage % | Potency % | Grams per Gummy | Total/Batch (kg) | Scrap (kg) | Total + Scrap (kg) | Kg x 1 Ths 1000 | Scrap (%) | N° of Preparations | Kg x Preparation | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| 6629 | MAGNESIUM CITRATE | 82.50 mg | 2.00% | 11.20% | 0.751373 | 1502.75 | 79.19 | 1581.942 | 0.7513 | 5.27% | 80 | 19.77 | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | | | | | | | | **6894.6894** | | | | | |

| Batch Size (units) | **2,000,000** |
|---|---|

6094    1309.265

Better Health

# FORMULA SPECIFICATION

**GENERAL**

| | |
|---|---|
| FG Product Code(s): | NV4084, NV4165, NV4127, NV4397, NV4371, NV4341, NV4430, 20459 |
| Brand: | Multiple |
| Description: | Magnesium Gummy |
| SAP Description: | Magnesium Gummy |
| Formula Spec No.: | FML-GM0042 |
| Serving size: | 4 |
| Units / Serving: | 1 Gummy for Children Ages 4 through 12<br>3 Gummies for Prenatal<br>4** Gummies for ages 13 and above |
| Servings per Day: | 1 |
| WIP/Semi-finished Good: | GM0042 |
| Shelf Life (months): | 24 Months From Manufacturing |
| Storage Conditions: | Store in a dry environment of not more than 77 degrees F (25 degrees C) - 65%RH |
| Country of Origin: | Made in USA with Global Ingredients |

**FORMULA No: GM0042**

| Supplier number | SAP number | Ingredients | Active/g | Input Qty per unit (mg) (Used for Blends) | Individual Input Qty per unit (mg) | % of Formula |
|---|---|---|---|---|---|---|
| N/A | 6152 | Magnesium Citrate Tribasic Hydrate | **33 mg** | | 533.50 | 21.34% |
| | [redacted] | | | | | |
| | | | | Gross / Total wt.: (mg) | 2500.0 | 100.00% |

| **General Identity** | ***Gummy*** | |
|---|---|---|
| **Requirements:** | **Targets/Limits** | **Methods** |
| Gummy Type/Size: | Agar gummy, sugar coated | Organoleptic/Measurement |
| Gross Weight: | Min: (mg) 2499.95 Target: 2575 Max: 2750 | Lot avg./Variation ( 10 %) USP<2091> |
| Appearance: | Sanded, magenta, drop | Organoleptic |
| Color: | Magenta | Organoleptic |
| Shape: | Drop | Organoleptic/Measurement |
| pH: | 3.0 - 4.0 | USP <791> or equivalent |
| Flavor: | Raspberry Lemon | Organoleptic |
| Water Activity: | ≤ 0.75 | Rotronic Hygropalm/WACT_S, AOAC 978.18 |
| Refractive Index (Brix-Soluble Solids): | 79 - 86% | USP <831> |

Better Health

# FORMULA SPECIFICATION

| SPECIAL REQUIREMENTS |
|---|
| Vegan, Gluten Free, Contains contains no artificial flavor or synthetic color |

| HEAVY METALS REQUIREMENT [1] | TARGET / LIMITS ≤ | METHOD | CA Prop 65 Compliant |
|---|---|---|---|
| [redacted] | | | Yes |
| | | | Yes |
| | | | Yes |
| | | | Yes |

| MICROBIOLOGICAL REQUIREMENT[1] | *Gummy* TARGET / LIMITS[3] | METHOD |
|---|---|---|
| [redacted] | | |

| ALLERGEN STATEMENT REQUIREMENT[1] | *Required* TARGET / LIMITS[3] | METHOD |
|---|---|---|
| [redacted] | | |

| ANALYTICAL REQUIREMENT[1] | TARGET / LIMITS | METHOD |
|---|---|---|
| Magnesium (as Magnesium Citrate): | 82.50 - 105.0 mg (per 1 gummy) | ICP-OES or equivalent |
| Magnesium (as Magnesium Citrate): | 247.5 - 315.0 mg (per 3 gummies) | ICP-OES or equivalent |
| Magnesium (as Magnesium Citrate): | 330.0 - < 420.0 mg (per 4 gummies) | ICP-OES or equivalent |

| NUTRITIONAL REQUIREMENT | TARGET / LIMITS | METHOD |
|---|---|---|
| N/A | | |

Better Health

# FORMULA SPECIFICATION

**CERTIFICATE OF ANALYSIS**

A Certificate of Analysis will be required for each lot and shall reference Product Number, Product Name, Master Formula Rev No., Lot Number (including the Bulk Product Lot Number), Manufacturing Date, and Analysis Results (including Method Used) or Input Levels for all Active Ingredients and attributes listed above.

**COMPLIANCE STATEMENT**

**Nutranext** requires the manufacturing of this product be in full compliance with cGMPs as mandated in 21 CFR Part 111, 21 CFR Part 117, 21 CFR Part 11, 21 CFR Part 1.5 Subpart L & 21 CFR Part 1.9 Subpart O.

**FOOTNOTES**

[1] Collect 1 sample from Beg, Mid and End of every shift/lot for a total of 3 samples. Test composite sample.

[redacted]

**One FG SKU (20459) uses this formula and has a 3 gummy serving size, and the other FG SKUs use this formula with 2 different servings, 1 and 4 gummies dependent on age group.

Better Health

# FORMULA SPECIFICATION

**GENERAL**

| | |
|---|---|
| FG Product Code(s): | NV4084, NV4165, NV4397, NV4371, NV4341, NV4430, NV4458 |
| Brand: | Natural Vitality |
| Description: | Magnesium Gummy |
| SAP Description: | Magnesium Gummy |
| Formula Spec No.: | FML-GM0042 |
| Serving size: | 4 — 1 Gummy for Children Ages 4 through 12; 4 Gummies for ages 13 and above |
| Servings per Day: | 1 |
| WIP/Semi-finished Good: | GM0042 |
| Shelf Life (months): | 24 From Manufacturing |
| Storage Conditions: | Store in a dry environment of not more than 77 degrees F (25 degrees C) - 65%RH |
| Country of Origin: | Made in USA with Global Ingredients |

**FORMULA No: GM0042-01**

| Supplier number | SAP number | Ingredients | Active/ gummy | Input Qty per unit (mg) (Used for Blends) | Individual Input Qty per unit (mg) | % of Formula |
|---|---|---|---|---|---|---|
| N/A | 6629 | Magnesium Citrate Tribasic Hydrate | **82.5** | | 751.3 | 28.9% |
| | [redacted] | | | | | |
| | | | | Gross / Total wt.: (mg) | 2600.0 | 100.0% |

| **General Identity** | ***Gummy*** | |
|---|---|---|
| **Requirements:** | **Targets/Limits** | **Methods** |
| Gummy Type/Size: | Agar gummy, sugar coated | Organoleptic/Measurement |
| Gross Weight: | Min: (mg) 2470 Target: 2600 Max: 2730 | Log avg./Variation (5%), USP<2091> |
| Appearance: | Sanded, magenta, drop | Organoleptic |
| Color: | Magenta | Organoleptic |
| Shape: | Drop | Organoleptic/Measurement |
| pH: | 3.0 - 4.0[4] | USP <791> or equivalent |
| Flavor: | Raspberry Lemon | Organoleptic |
| Water Activity: | ≤ 0.75[4] | Rotronic Hygropalm/WACT_S, AOAC 978.18 |
| Refractive Index (Brix- Soluble Solids): | 79 - 86% | USP <831> |

Better Health

# FORMULA SPECIFICATION

| SPECIAL REQUIREMENTS |
|---|
| Vegan |
| Gluten Free |
| Contains contains no artificial flavor or synthetic color |

| HEAVY METALS REQUIREMENT [1] | TARGET / LIMITS ≤ | METHOD | CA Prop 65 Compliant |
|---|---|---|---|
| [redacted] | | | Yes |
| | | | Yes |
| | | | Yes |
| | | | Yes |

| MICROBIOLOGICAL REQUIREMENT[1] | *Gummy* TARGET / LIMITS[3] | METHOD |
|---|---|---|
| [redacted] | | |

| ALLERGEN STATEMENT REQUIREMENT[1] | *Required* TARGET / LIMITS[3] | METHOD |
|---|---|---|
| [redacted] | | |

| ANALYTICAL REQUIREMENT[1] | TARGET / LIMITS | METHOD |
|---|---|---|
| Magnesium (as Magnesium Citrate): | 82.50 - 105.0 mg (per 1 gummy) | ICP-OES or equivalent |
| Magnesium (as Magnesium Citrate): | 330.0 - < 420.0 mg (per 4 gummies) | ICP-OES or equivalent |

| NUTRITIONAL REQUIREMENT | TARGET / LIMITS | METHOD |
|---|---|---|
| N/A | | |

Better Health

# FORMULA SPECIFICATION

**CERTIFICATE OF ANALYSIS**

A Certificate of Analysis will be required for each lot and shall reference Product Number, Product Name, Master Formula Rev No., Lot Number (including the Bulk Product Lot Number), Manufacturing Date, and Analysis Results (including Method Used) or Input Levels for all Active Ingredients and attributes listed above.

**COMPLIANCE STATEMENT**

**Nutranext** [redacted]

**FOOTNOTES**

[1] Collect 1 sample from Beg, Mid and End of every shift/lot for a total of 3 samples. Test composite sample.

[redacted]

Better Health

# FORMULA SPECIFICATION

**GENERAL**

| | |
|---|---|
| FG Product Code(s): | NV4084, NV4165, NV4397, NV4371, NV4341, NV4430, NV4458 |
| Brand: | Natural Vitality |
| Description: | Magnesium Gummy |
| SAP Description: | Magnesium Gummy |
| Formula Spec No.: | FML-GM0042 |
| Serving size: | 4 — 1 Gummy for Children Ages 4 through 12; 4 Gummies for ages 13 and above |
| Units / Serving: | 1 Gummy for Children Ages 4 through 12<br>3 Gummies for Prenatal<br>4** Gummies for ages 13 and above |
| Servings per Day: | 1 |
| WIP/Semi-finished Good: | GM0042 |
| Shelf Life (months): | 24 From Manufacturing |
| Storage Conditions: | Store in a dry environment of not more than 77 degrees F (25 degrees C) - 65%RH |
| Country of Origin: | Made in USA with Global Ingredients |

**FORMULA No: GM0042-02**

| Supplier number | SAP number | Ingredients | Active/ gummy | Input Qty per unit (mg) (Used for Blends) | Individual Input Qty per unit (mg) | % of Formula |
|---|---|---|---|---|---|---|
| N/A | 6629 | Magnesium Citrate Tribasic Hydrate | **82.5** | | 751.3 | 28.9% |
| | [redacted] | | | | | |
| | | | | Gross / Total wt.: (mg) | 2600.0 | 100.0% |

Better Health

# FORMULA SPECIFICATION

Revision History

| Date | Rev # | Revised by | Revision description |
|---|---|---|---|
| 10/31/2019 | 00 | R&D | New |
| 4/13/2020 | 01 | [redacted] | Change of Shelf life (Expiration date) to 24 months |
| 3/27/2022 | 02 | [redacted] | Updated Weight rate - (10% +/-) - Used Adult dosage (4 gummies) - Updated Magnesium (as magnesium citrate) Spec value - LL based on Label Claim and UL based on max UL for Magnesium. [redacted] |
| 8/26/2022 | 03 | [redacted] | Changed to new spec template, added FG code 20459, included footnotes for serving size change for FG 20459 (3 gummies/svg). RBL Relabel/Relaunch PPM# 134430 |
| 10/11/2022 | 03 | [redacted] | Admin change to correct the method of Magnesium from AOAC 2015.01 to ICP-OES or equivalent. AOAC was the wrong method. |
| 5/18/2023 | 03 | [redacted] | [redacted] |
| 3/25/2024 | 04 | [redacted] | Updated spec per CC SRS-CRF-2024-9451 to replace 6152 with 6629 [redacted] Removed [redacted] reference of 3 gummies in serving size and Mag testing. |
| 6/6/2024 | 04 | [redacted] | [redacted] |
| 10/1/2024 | 05 | [redacted] | [redacted] |

Better Health

# FORMULA SPECIFICATION

**GENERAL**

FG Product Code(s): NV4084, NV4165, NV4397, NV4371, NV4341, NV4430, NV4458
Brand: Natural Vitality
Description: Magnesium Gummy
SAP Description: Magnesium Gummy
Formula Spec No.: FML-GM0042
Serving size: 4 — 1 Gummy for Children Ages 4 through 12; 4 Gummies for ages 13 and above
Units / Serving: 1 Gummy for Children Ages 4 through 12
3 Gummies for Prenatal
4** Gummies for ages 13 and above
Servings per Day: 1
WIP/Semi-finished Good: GM0042
Shelf Life (months): 24 From Manufacturing
Storage Conditions: Store in a dry environment of not more than 77 degrees F (25 degrees C) - 65%RH
Country of Origin: Made in USA with Global Ingredients

**FORMULA No: GM0042-02**

| Supplier number | SAP number | Ingredients | Active/ gummy | Input Qty per unit (mg) (Used for Blends) | Individual Input Qty per unit (mg) | % of Formula |
|---|---|---|---|---|---|---|
| N/A | 6629 | Magnesium Citrate Tribasic Hydrate | **82.5** | | 751.3 | 28.9% |
| | [redacted] | | | | | |
| | | | | Gross / Total wt.: (mg) | 2600.0 | 100.0% |

| **General Identity** | ***Gummy*** | |
|---|---|---|
| **Requirements:** | **Targets/Limits** | **Methods** |
| Gummy Type/Size: | Agar gummy, sugar coated | Organoleptic/Measurement |
| Gross Weight: | Min: (mg) 2470 Target: 2600 Max: 2730 | Log avg./Variation (5%), USP<2091> |
| Appearance: | Sanded, magenta, drop | Organoleptic |
| Color: | Magenta | Organoleptic |
| Shape: | Drop | Organoleptic/Measurement |
| pH: | 3.0 - 4.0[4] | USP <791> or equivalent |
| Flavor: | Raspberry Lemon | Organoleptic |

Better Health

# FORMULA SPECIFICATION

| | | |
|---|---|---|
| Water Activity: | ≤ 0.75[4] | Rotronic Hygropalm/WACT_S, AOAC 978.18 |
| Refractive Index (Brix- Soluble Solids): | 79 - 86% | USP <831> |

**SPECIAL REQUIREMENTS**

Vegan
Gluten Free
Contains contains no artificial flavor or synthetic color

| HEAVY METALS REQUIREMENT [1] | TARGET / LIMITS ≤ | METHOD | CA Prop 65 Compliant |
|---|---|---|---|
| [redacted] | | | Yes |
| | | | Yes |
| | | | Yes |
| | | | Yes |

| MICROBIOLOGICAL REQUIREMENT[1] | *Gummy* TARGET / LIMITS[3] | METHOD |
|---|---|---|
| [redacted] | | |

| ALLERGEN STATEMENT REQUIREMENT[1] | *Required* TARGET / LIMITS[3] | METHOD |
|---|---|---|
| [redacted] | | |

Better Health

# FORMULA SPECIFICATION

[redacted]

| ANALYTICAL REQUIREMENT[1] | TARGET / LIMITS | [redacted] |
|---|---|---|
| Magnesium (as Magnesium Citrate): | 82.50 - 105.0 mg (per 1 gummy) | [redacted] |
| Magnesium (as Magnesium Citrate): | [redacted] | ICP-OES or equivalent |

| NUTRITIONAL REQUIREMENT | TARGET / LIMITS | [redacted] |
|---|---|---|
| [redacted] | | |

**CERTIFICATE OF ANALYSIS**

A Certificate of Analysis will be required for each lot and shall reference Product Number, Product Name, Master Formula Rev No., Lot Number (including the Bulk Product Lot Number), Manufacturing Date, and Analysis Results (including Method Used) or Input Levels for all Active Ingredients and attributes listed above.

**COMPLIANCE STATEMENT**

**Nutranext** [redacted]

**FOOTNOTES**

[redacted]

Better Health

# FORMULA SPECIFICATION

[redacted]

**APPROVALS / SIGNATURES**

- External manufacturing Sites ONLY. If you are creating an Inhouse spec please hide this signature section

______________________________________________

**Sign & Date**

Supplier

______________________________________________

**Print Name & Title**

Supplier

______________________________________________

**Company Name**

Supplier

## Confidential Pages - Not to be Printed or Supplied to Contract Manufacture

Better Health

# FORMULA SPECIFICATION

Revision History

| Date | Rev # | Revised by | Revision description |
|---|---|---|---|
| 10/31/2019 | 00 | R&D | New |
| 4/13/2020 | 01 | [redacted] | Change of Shelf life (Expiration date) to 24 months |
| 3/27/2022 | 02 | [redacted] | Updated Weight rate - (10% +/-) - Used Adult dosage (4 gummies) - Updated Magnesium (as magnesium citrate) Spec value - LL based on Label Claim and UL based on max UL for Magnesium. [redacted] |
| 8/26/2022 | 03 | [redacted] | [redacted] |
| 10/11/2022 | 03 | [redacted] | Admin change to correct the method of Magnesium from AOAC 2015.01 to ICP-OES or equivalent. AOAC was the wrong method. |
| 5/18/2023 | 03 | [redacted] | [redacted] |
| 3/25/2024 | 04 | [redacted] | Updated spec per CC SRS-CRF-2024-9451 to replace 6152 with 6629 [redacted] Formula reworked to include correct deposit wt. of 2.6 grams and corresponding overages for applicable ingredients. Removed [redacted] reference of 3 gummies in serving size and Mag testing. |
| 6/6/2024 | 04 | [redacted] | [redacted] |
| 10/1/2024 | 05 | [redacted] | [redacted]. |
| 1/14/2025 | 06 | [redacted] | [redacted] |