UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **July 10, 2026** |
| **TIME:** | **3:30PM** |
| **FORMAT:** | ☐ In Person ☒ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **24-CV-8383 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Greene v. Piping Rock Health Products, LLC |
| **FOR PLAINTIFF(S):** | Joshua Adam Markovitz |
| **FOR DEFENDANT(S):** | Randi Wolkenbreit Singer |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 3:34-4:18, via Zoom |

**RULINGS FROM MOTION CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the Court **DENIES** Defendant's motion to reconsider the Court's 3/5/2026 Order denying Defendant's earlier motion to stay discovery. Furthermore, the Court **DENIES** all relief requested by Defendant in DE [48].

Defendant is ORDERED to respond in **good faith** to Plaintiff's outstanding discovery requests and confer in **good faith** with Plaintiff regarding the expedited scheduling of depositions.

The parties shall submit by **7/24/2026** a joint status report (limited to two pages with no exhibits) with updates providing the **confirmed** dates for Defendant's responses to Plaintiff's discovery requests and **confirmed** dates for depositions.

Defendant shall order the transcript of today's proceeding on an expedited basis and file it on ECF by **7/24/2026**. Defense counsel shall provide Defendant with a copy of this Order and the aforementioned transcript and confirm service by **7/24/2026**.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge