# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

________________________________

ANDREA GREENE, on Behalf of Herself and All Others Similarly Situated,

Plaintiff,

v. | Civil Action No. 2:24-cv-08383-JMA-LGD

PIPING ROCK HEALTH PRODUCTS, INC. D/B/A NATURAL VITALITY,

Defendant.

________________________________

DEPOSITION OF ABE VAYNBERG

DATE: Thursday, August 13, 2026
TIME: 10:05 a.m.
LOCATION: Remote Proceeding
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
50 Lake Center Drive
Marlton, NJ 08053
REPORTED BY: Abagail Rodriguez
JOB NO.: 8385036

A. VAYNBERG

recipe for muffins. A stick of butter, a -- sugar; right? Is a formula specification like a recipe?

A I -- I don't -- don't take muffins. I know where -- I -- if -- if I get my grandmother's recipe that takes -- says take a stick of butter, I'll use stick of butter, if that's where you're going to.

Q Okay. I'm just trying to figure out, a formula specification is like a recipe. To make, you know, these gummies, you got to use these ingredients in these proportions. Is this correct?

A That's correct. What we're looking at is not a recipe.

Q What is it?

A It's an idiot who's doing poor calculations.

Q Okay. And do you know what the result of that idiot's poor calculations was, whether the gummies were manufactured according to the idiot's poor calculations, or not?

A. VAYNBERG

A The gummies were calculated by the instruction, which actually was -- was part of the exhibits before. This is not part of what goes into making the gummy. It is somebody just making a poor record that is getting away with it.

Q Okay. But do you know whether the gummies -- prior to your formula change in March of 2024, do you know whether the gummies were manufactured according to this "idiot's" -- in your words -- formulation, or not?

MR. STARK: Objection. Asked and answered.

THE WITNESS: Yes. So I apologize for using word "idiot." It's not professional --

BY MR. LEMBERG:

Q You can --

A -- we'll call him --

Q -- call him incompetent person --

A -- we'll call him "somebody else." The recipe as shown as one of the

A. VAYNBERG

exhibits, that was called in the day, that's your grandmother's recipe for the number of butter sticks used in the production. This is calculation based on that recipe used in production, improperly calculated, settling.

Q Okay. So when you came in, in March of '24, part of your job was to standardize the recipe and make sure that the calculations were correct?

A I never changed the recipe. That is -- would be a -- the answer to that statement is no.

Q Okay. Now let's just stick to Version 4 for now -- I'm sorry -- to Version 3 for now. Suppose I wanted to know -- right -- whether the manufacturing process was aligned with the formulation with Version 3; right?

And suppose I wanted to know whether the percentage of magnesium citrate in the manufacturing records was similar to what is in the formula in Version 3; right?