faegre drinker

faegredrinker.com

**Jeffrey S. Jacobson**
Partner
jeffrey.jacobson@faegredrinker.com
212-248-3191 direct

**Faegre Drinker Biddle & Reath LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

September 28, 2026

**BY ECF**

Hon. Lee G. Dunst, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

***Greene v. Piping Rock Health Prods., Inc.*, No. 2:24-CV-8383 (E.D.N.Y.)**

Dear Judge Dunst:

I represent Defendant Piping Rock Health Products, Inc., in this matter. On September 18, after Plaintiff's counsel wrote to us to acknowledge that discovery had disproved his contentions that Piping Rock's "Calm Gummies" magnesium supplement contained less than the promised amount of magnesium derived from magnesium citrate, Plaintiff's counsel filed a Rule 41 Notice of Voluntary Dismissal. (Dkt. No. 59.) That action mooted Piping Rock's Motion to Dismiss the case (Dkt. Nos. 40-42) but did not moot Piping Rock's pending Motion for Sanctions (Dkt. Nos. 43-45). Piping Rock contends in that motion that (1) Plaintiff's counsel never had a valid basis to file this lawsuit, such that its filing violated Rule 11; and (2) even if Plaintiff's counsel had a valid basis to *commence* the suit, discovery disproved Plaintiff's claims long before Plaintiff's counsel finally admitted as much, such that Plaintiff's counsel's continuation of the suit violated 28 U.S.C. § 1927.

Judge Azrack has referred Piping Rock's sanctions motion to Your Honor for issuance of a report and recommendation. Prior to Judge Azrack's referral, Plaintiff's counsel wrote to Judge Azrack seeking leave to file a supplemental memorandum of law in opposition to the motion. (Dkt. No. 61.) Piping Rock does not oppose Plaintiff's counsel's request. Indeed, because of the Section 1927 component of Piping Rock's motion, Piping Rock agrees that it would be helpful to the Court—and important for the record of any potential appeal—for both parties to be able to address matters that have occurred since the close of briefing on Piping Rock's sanctions motion on May 6, 2026. For that reason, Piping Rock respectfully requests the opportunity to file its own supplemental brief and supporting declaration seven days after Plaintiff does so.

Respectfully submitted,

Jeffrey S. Jacobson

cc: All parties (by ECF)